===================================================================

# UNITED STATES DISTRICT COURT

———————————————District of Connecticut———————————————

DAVID B. BETRIX,

       Plaintiff,

v.                                                Civil Action No: 3:03 CV 00181 (WWE)

METRO-NORTH RAILROAD COMPANY, ET AL,

       Defendants.                         November 15, 2004

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that the this matter may be dismissed with prejudice and without costs to any parties.

| THE PLAINTIFF<br>DAVID BETRIX | THE DEFENDANT,<br>METRO-NORTH RAILROAD COMPANY |
|---|---|
| By:_____<br>Scott E. Perry, Esq., (CT 17236)<br>Cahill & Goetsch, P.C.<br>43 Trumbull Street<br>New Haven, CT 06511<br>Phone No. 203-777-111 | By:_____<br>Anthony D. Sutton, Esq., (CT 20607)<br>Ryan, Ryan, Johnson & Deluca, LLP<br>80 Fourth Street, P.O. Box 3057<br>Stamford, CT  06905<br>Phone No. 203-357-9200 |

<u>FELA HEARING LOSS CASE - MAY BE</u>
<u>FILED IN NEW HAVEN AS ORDERED</u>
<u>BY MAGISTRATE JUDGE MARGOLIS</u>

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2004, a copy of the above was mailed to the following counsel and pro se parties of record:

Scott E. Perry, Esq.
Cahill, Goetsch & Maurer, PC
43 Trumbull Street
New Haven, CT 06511-1059
Attorney for Plaintiff

_____
Anthony D. Sutton, Esq.